FILED

FEB 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE NO. 14,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>INTERNET BRANDS, INC.,<br>DBA Modelmayhem.com,<br><br>          Defendant - Appellee. | No. 12-56638<br><br>D.C. No. 2:12-cv-03626-JFW-PJW<br><br>ORDER |

Before: SCHROEDER and CLIFTON, Circuit Judges, and COGAN, District Judge.[*]

Defendant-Appellee Internet Brands Inc.'s Petition for Rehearing, filed October 31, 2014, is GRANTED. The Petition for Rehearing En Banc is DENIED as moot. The opinion filed on September 17, 2014 is withdrawn.

The matter is set for argument on Wednesday, March 18, 2015, at 2:30 p.m. in San Francisco. Amici curiae previously granted leave to file a brief may participate at oral argument if Defendant-Appellee elects to share a portion of its time for argument.

---

[*] The Honorable Brian M. Cogan, District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.